MICHELE BECKWITH
Acting United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Rachel.R.Davidson@usdoj.gov
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for United States Postal Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHUCK YEAGER INC., | CASE NO. 2:25-CV-00614-DJC-SCR (PS) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| UNITED STATES POST OFFICE, | JUDGE:   Hon. Sean C. Riordan |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders:

The United States will file a responsive pleading to Plaintiff's Complaint by April 28, 2025.

IT IS SO ORDERED.

Dated: March 3, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE