UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHUCK YEAGER, INC., | No. 2:25-cv-00614-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES POST OFFICE, | |
| Defendant. | |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 7, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 24. Intervenor Plaintiff Victoria Yeager has filed objections to the findings and recommendations. ECF No. 25

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 7, 2026 are adopted in full;

2. Defendant's motion to dismiss (ECF No. 6) is GRANTED; and

3. The Clerk is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2